**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FAUSTO MARTINEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1852** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "J"(4)** |

## ORDER

The Court, having considered the record, the applicable law, the Social Security Administration's *Motion to Reverse and Remand* **(Rec. Doc. 24)**, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS HEREBY ORDERED** that the *Motion to Reverse and Remand* **(Rec. Doc. 24)** filed by the Social Security Administration is **GRANTED**.

**IT IS FURTHER ORDERED** that Martinez's request to reassign the matter to a different ALJ is **DENIED**.

**IT IS FURTHER ORDERED** that the ALJ's decision denying Martinez' Disability Insurance Benefits is **REVERSED and REMANDED** for further development of the administrative record.

New Orleans, Louisiana, this 26th day of August, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE