UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FAUSTO MARTINEZ                                    CIVIL ACTION

VERSUS                                             NO. 23-1852

SOCIAL SECURITY ADMINISTRATION                     SECTION: "J"(4)

## <u>ORDER</u>

The Court, having considered the complaint, the record, the applicable law, Plaintiff Fausto Martinez's *Motion for Attorney's Fees* **(Rec. Doc. 27)**, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 32), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's *Motion for Attorney's Fees* **(Rec. Doc. 27)** is **GRANTED**, and Plaintiff is awarded reasonable attorney's fees in the amount of $8,311.53.

New Orleans, Louisiana, this 2nd day of December, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE